JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEVEN E. SEITZ (NYSBN 4408415)
Special Assistant United States Attorney

150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5080
Facsimile: (408) 535-5081
steven.seitz@usdoj.gov

Attorneys for the United States

**FILED**

JAN 11 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS ELIEL ZAMORA-BELTRAN,<br><br>    Defendant. | No. CR 09-70963-HRL<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice as to defendant Jesus Eliel Zamora-Beltran.

DATED: 1/8/10          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
STEVEN E. SEITZ
Special Assistant United States Attorney

NOTICE OF DISMISSAL - CR 09-70963-HRL

1 | Leave of Court is granted to the government to dismiss that information without prejudice as to
2 | defendant Jesus Eliel Zamora-Beltran .

Date: 1/11/10

_____
HOWARD LLOYD
United States Magistrate Judge

NOTICE OF DISMISSAL - CR 09-70963-HRL   2